## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHISH AGARWAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITALOCEAN HOLDINGS, INC., YANCY SPRUILL, and W. MATTHEW STEINFORT,<br><br>Defendants. | Case No. 1:23-cv-08060-JSR<br><br><u>CLASS ACTION</u> |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF AMIDOU KANTE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1. I am a partner with the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Amidou Kante for appointment as lead plaintiff, and approval of his selection of counsel.

2. Attached hereto as Exhibit A is a copy of a press release issued by Block & Leviton LLP, dated September 12, 2023, announcing the filing of a class action against the above-referenced defendants and noticing that the filing date for appointment as Lead Plaintiff is November 13, 2023.

3. Attached hereto as Exhibit B is Mr. Kante's PSLRA certification.

4. Attached hereto as Exhibit C is a chart reflecting Mr. Kante's losses in the relevant securities.

5.	Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed co-Lead Counsel.

6.	Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Holzer & Holzer, LLC, proposed co-Lead Counsel.


Dated: November 13, 2023	_/s/ Jeffrey C. Block_____
Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on Novmeber 13, 2023, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all

counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block