# EXHIBIT A

# DigitalOcean Holdings Sued By Block & Leviton LLP for Securities Law Violations

September 12, 2023 13:29 ET| Source: **Block & Leviton LLP**

BOSTON, Sept. 12, 2023 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against DigitalOcean Holdings, Inc. (NYSE: DOCN) and certain of its executives, for securities fraud. The complaint was brought in United States District Court for the Southern District of New York and is captioned *Agarwal v. DigitalOcean Holdings, Inc., et al.*, No. 1:23-cv-08060 (S.D.N.Y.) and is brought on behalf of investors that incurred damages on their purchases in DigitalOcean Holdings, Inc. securities between February 16, 2023 and August 25, 2023, inclusive.

A class has not yet been certified, and until certification occurs, you are not represented by an attorney. If you choose to take no action, you can remain an absent class member.

Investors who purchased DigitalOcean Holdings, Inc. shares between February 16, 2023 and August 25, 2023 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or to visit our website for information on the case.

The deadline to seek appointment as lead plaintiff is November 13, 2023.

**What is this all about?**

After the market closed on August 3, 2023, DigitalOcean Holdings announced quarterly financial results and disclosed that the Company's previously issued financial statements for the period ending March 31, 2023 should no longer be relied on due to accounting errors that resulted in an overstatement of the Company's income tax expense in the quarter of approximately $18 million. As a result of the errors, the Company would be restating its first quarter 2023 financials and announced that the restatement would "also include disclosure of an identified material weakness and that our disclosure controls and procedures were not effective as of March 31, 2023."

On this news, DigitalOcean's stock price dropped approximately 24.8% in intraday trading the following day on August 4, 2023.

Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants misled investors by failing to disclose that: (1) Defendants lacked the skills and experience to assess complicated tax matters and therefore did not design or maintain effective controls over the Company's accounting for income taxes; and (2) that as a result of the foregoing, Defendants' financial statements were inaccurate and materially misleading.

If you purchased or acquired DigitalOcean Holdings, Inc. shares between February 16, 2023 and August 25, 2023 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or visit our website. The deadline to seek appointment as lead plaintiff is November 13, 2023.

Block & Leviton is widely regarded as one of the leading securities class action firms in the country. We have obtained, and are dedicated to obtaining significant recoveries on behalf of defrauded investors through active litigation in the federal courts across the country. Many of the nation's top institutional investors hire us to represent their interests. You can learn more about us at our website, www.blockleviton.com, or call (617) 398-5600 or email cases@blockleviton.com with any questions.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com

SOURCE: Block & Leviton LLP
www.blockleviton.com