# EXHIBIT B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, Amidou Kante _____, make this declaration pursuant to

Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the

Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation

Reform Act of 1995.

2.    I have reviewed a Complaint against DigitalOcean Holdings, Inc. ("DigitalOcean"

or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.    I did not purchase or acquire DigitalOcean securities at the direction of counsel or

in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who

purchased or otherwise acquired DigitalOcean securities during the class period, including

providing testimony at deposition and trial, if necessary.  I understand that the Court has the

authority to select the most adequate lead plaintiff in this action.

5.    The attached sheet lists all of my transactions in DigitalOcean securities during the

Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this Certification is

signed, I have not served or sought to serve as a representative party on behalf of a class under the

federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of

the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such

reasonable costs and expenses directly relating to the representation of the class as ordered or

approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed**  9/21/2023
_____
                     **(Date)**

DocuSigned by:

*amidou kante*
_____
AAE1A83421ED4F3...
                 **(Signature)**

Amidou Kante
_____
           **(Type or Print Name)**

## SUMMARY OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 06/16/2023 | Purchase | 2.29 | $43.66 |
| 06/27/2023 | Purchase | 6.299 | $39.22 |
| 07/07/2023 | Purchase | 100 | $46.68 |
| 07/07/2023 | Purchase | 5.434 | $46.60 |
| 07/11/2023 | Purchase | 1.623 | $46.94 |
| 08/04/2023 | Purchase | 10 | $38.08 |
| 08/04/2023 | Purchase | 5 | $36.29 |
| 08/11/2023 | Purchase | 10 | $36.05 |
| 06/20/2023 | Sale | 11.644 | $42.94 |
| 06/20/2023 | Sale | 23.861 | $42.85 |
| 08/02/2023 | Sale | 25 | $46.89 |
| 08/03/2023 | Sale | 50 | $36.52 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |