# EXHIBIT C

# Amidou Kante - DigitalOcean Loss Estimate

Class Period    2/16/23 to 8/25/23

| | Purchase | | | | Sale | | | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|
| Date | Shares | Price Per Share | Total Expenditure | Date | Price Per Share | Total | | Gain (Loss) |
| 6/16/23 | 2.29 | $ 43.66 | $ 99.98 | 6/20/23 | $ 42.94 | $ 98.33 | $ | (1.65) |
| 6/27/23 | 6.299 | $ 39.22 | $ 247.05 | Retained | $ 24.09 | $ 151.74 | $ | (95.30) |
| 7/7/23 | 32.057 | $ 46.68 | $ 1,496.42 | Retained | $ 24.09 | $ 772.25 | $ | (724.17) |
| 7/7/23 | 50 | $ 46.68 | $ 2,334.00 | 8/3/23 | $ 36.52 | $ 1,826.00 | $ | (508.00) |
| 7/7/23 | 17.943 | $ 46.68 | $ 837.58 | 8/2/23 | $ 46.89 | $ 841.35 | $ | 3.77 |
| 7/7/23 | 5.434 | $ 46.60 | $ 253.22 | 8/2/23 | $ 46.89 | $ 254.80 | $ | 1.58 |
| 7/11/23 | 1.623 | $ 46.94 | $ 76.18 | 8/2/23 | $ 46.89 | $ 76.10 | $ | (0.08) |
| 8/4/23 | 10 | $ 38.08 | $ 380.80 | Retained | $ 24.09 | $ 240.90 | $ | (139.90) |
| 8/4/23 | 5 | $ 36.29 | $ 181.45 | Retained | $ 24.09 | $ 120.45 | $ | (61.00) |
| 8/11/23 | 10 | $ 36.05 | $ 360.50 | Retained | $ 24.09 | $ 240.90 | $ | (119.60) |
| | 140.646 | $ 44.56 | $ 6,267.19 | **Estimated Loss (LIFO)** | | | **$** | **(1,644.36)** |