**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASHISH AGARWAL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>DIGITALOCEAN HOLDINGS, INC., YANCEY SPRUILL, and W. MATTHEW STEINFORT,<br><br>   Defendants. | Case No.: 1:23-cv-08060-JSR<br><br>Hon. Jed S. Rakoff |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF PUNCH, INC.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Punch, Inc. ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of its selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certification signed by Thomas Punch ("Mr. Punch"), owner of Punch, Inc., attesting to Movant's transactions of DigitalOcean Holdings, Inc. ("DigitalOcean" or the "Company") securities;

**Exhibit B**: Loss Chart reflecting the losses incurred by Movant as a result of its transactions in DigitalOcean securities;

**Exhibit C**:     Press Release published September 12, 2023, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Agarwal v. DigitalOcean Holdings, Inc., et. al.,* Case No. 1:23-cv-08060-JSR;

**Exhibit D**:     Declaration signed by Mr. Punch in support of Movant's lead plaintiff motion; and

**Exhibit E**:     Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: November 13, 2023                                      Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Punch, Inc. and*
*[Proposed] Lead Counsel for the Class*