# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO
# FEDERAL SECURITIES LAWS

I, Thomas Punch, on behalf of Punch, Inc. (the "Company") for which I am the owner and duly authorized to individually act, duly certify and say, as to the claims asserted under the federal securities laws, that:

1.      I am duly authorized to act on behalf of the Company in all respects to this lawsuit.

2.      I, on behalf of the Company, have reviewed a complaint filed in the action.

3.      The Company did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4.      I, on behalf of the Company, am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.      The Company's transaction(s) in DigitalOcean Holdings, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6.      Within the last 3 years, the Company has not sought to serve nor has it served as a class representative in any federal securities fraud case.

7.      I, on behalf of the Company, will not accept any payment for serving as a representative party on behalf of the class beyond the Company's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 31, 2023.

DocuSigned by:

0AECFC1B7CCF4D7...

Thomas Punch

| Case Name | DigitalOcean Holdings, Inc. |
|---|---|
| Ticker | DOCN |
| Class Period | 02-16-2023 to 08-25-2023 |

**Account 1**
**Client Name**
Punch, Inc.
Common Stock

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 8/7/2023 | P | 1200 | $ 45.0000 |
| 8/18/2023 | P | 800 | $ 45.0000 |

**Account 1**
**Client Name**
Punch, Inc.
Options

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 6/22/2023 | Sell to Open | -10 | PUT DOCN 08/18/23 35 | 1.69 |
| 7/7/2023 | Bought to Close | 10 | PUT DOCN 08/18/23 35 | 0.5 |

| Date of Transaction | Transaction Type | Quantity | Security | Price per Contract |
|---|---|---|---|---|
| 7/7/2023 | Sell to Open | -20 | PUT DOCN 08/18/23 45 | 2.92 |
| 8/7/2023 | Assignment | 12 | PUT DOCN 08/18/23 45 | 0 |
| 8/18/2023 | Assignment | 8 | PUT DOCN 08/18/23 45 | 0 |