# EXHIBIT B

**Punch, Inc.**
**Transactions in DigitalOcean Holdings, Inc. - DOCN**
**Class Period: 02/16/2023 and 08/25/2023, inclusive**

Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| **LIFO Losses/(Gain) Options** | **($7,030.00)** |
|---|---|

Options

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 6/22/2023 | Sell to Open | (10) | PUT DOCN 08/18/23 35 | 1.69 | ($1,690.00) |
| 7/7/2023 | Bought to Close | 10 | PUT DOCN 08/18/23 35 | 0.50 | $500.00 |
| | | | | | |
| 7/7/2023 | Sell to Open | (20) | PUT DOCN 08/18/23 45 | 2.92 | ($5,840.00) |
| 8/7/2023 | Assignment | 12 | PUT DOCN 08/18/23 45 | 0.00 | $0.00 |
| 8/18/2023 | Assignment | 8 | PUT DOCN 08/18/23 45 | 0.00 | $0.00 |

| Client Name | Punch, Inc. |
| --- | --- |
| Company Name | DigitalOcean Holdings, Inc. |
| Ticker Symbol | DOCN |
| Security Type | |
| Class Period Start | 02-16-2023 |
| Class Period End | 08-25-2023 |
| 90-DAY Lookback Period Start | 08-26-2023 |
| 90-DAY Lookback Period End | 11-12-2023 |
| 90-DAY Lookback Average | $ 23.97 |

| SUMMARY OF FINANCIAL INTEREST - STOCK | |
| --- | --- |
| LIFO Loss Total | $42,056.67 |
| DURA LIFO* Total | $42,056.67 |
| Gross Shares Purchased | 2,000 |
| Net Shares Retained | 2,000 |
| Net Funds Expended | $90,000.00 |

### Punch, Inc. - Account 1

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 08-07-2023 | 1200 | 45 | $ 54,000.00 | | | | | | - | 1200 | 1200 | $ 23.97 | $ 28,766.00 | $ 25,234.00 | $ 25,234.00 |
| 08-18-2023 | 800 | 45 | $ 36,000.00 | | | | | | - | 800 | 800 | $ 23.97 | $ 19,177.33 | $ 16,822.67 | $ 16,822.67 |
| Total: | 2,000 | | $90,000.00 | | | | | | | 2,000 | 2,000 | | $47,943.33 | $42,056.67 | $42,056.67 |

| SUMMARY OF FINANCIAL INTEREST STOCK + OPTIONS | |
| --- | --- |
| LIFO Loss Total Stock + Options | $35,026.67 |
| DURA LIFO* Total Stock + Options | $35,026.67 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.