# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASHISH AGARWAL, individually and on behalf of all others similarly situated, <br><br>        Plaintiff, <br><br> v. <br><br> DIGITALOCEAN HOLDINGS, INC., YANCEY SPRUILL, and W. MATTHEW STEINFORT, <br><br>        Defendants. | Case No.: 1:23-cv-08060-JSR <br><br> Hon. Jed S. Rakoff |

**DECLARATION OF THOMAS PUNCH ON BEHALF OF PUNCH, INC. IN SUPPORT**
**OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Thomas Punch, pursuant to 28 U.S.C. § 1746, declare as follow:

1. I respectfully submit this Declaration in support of Punch, Inc.'s motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against DigitalOcean Holdings, Inc. ("DigitalOcean" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. I am the sole owner of Punch, Inc. (the "Company") and am authorized to individually act on behalf of the Company in all aspects of this lawsuit. I made all investment decisions on behalf of the Company when investing in DigitalOcean.

3. I currently reside in Montreal, Quebec, Canada. I possess a bachelor's in business administration and completed several classes in law school. I am the owner, founder, and chief executive officer of Output, a data analytics and business intelligence software company. Output has been in business since February 2023 and has five employees. I also own a holding company called Punch, Inc., through which I make real estate and equity investments in the public and

private markets. I have been investing in securities for approximately 23 years. Further, I have experience hiring and overseeing attorneys for real estate and routine business-related matters.

4.      I discovered DigitalOcean approximately five years ago. DigitalOcean is a cloud service provider. I routinely used DigialOcean products in my day-to-day business for the past three years. After conducting research into the Company, which included reviewing its website and financial statements, I decided to purchase DigitalOcean stock.

5.      I, on behalf of the Company, am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of the Company's significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for the Company and the Class it seeks to represent.

6.      Prior to seeking appointment as lead plaintiff in the Action, I, on behalf of the Company, communicated with Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and act in the best interests of the Class throughout the litigation.

7.      I understand that the Company was not required to seek appointment as lead plaintiff in order to recover. Rather, based on the Company's financial interest, I decided to seek lead plaintiff appointment on behalf of the Company than remain an absent class member.

8.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I negotiated a competitive fee agreement with counsel for the benefit of the Class. I then signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on the Company's behalf. I understand that my counsel is

submitting this declaration along with a timely application for appointment as lead plaintiff on the

Company's behalf.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on:

Date:    11/10/2023

Signed:    DocuSigned by:

0AECFC1B7CCF4D7...

Name: Thomas Punch

3