# EXHIBIT C

## Financial Interest Analysis

**Company Name:** DigitalOcean Holdings, Inc.
**Ticker:** DOCN
**Class Period:** February 16, 2023 to August 25, 2023
**Name:** Jia Lu Tan

| | | | Common Stock | | | |
|---|---|---|---|---|---|---|
| **Date** | **Shares** | **Price Bought** | **Total Bought** | **Price Sold** | **Total Sold** | **Balance** |
| 8/24/2023* | 1,100 | $55.0000 | -$60,500.0000 | | $0.0000 | -$60,500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,100** | | | | **Subtotal:** | **-$60,500.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$26,466.60** |
| | | | $24.0605 | 1,100 | **Total:** | **-$34,033.40** |

Notes

*Purchase assigned from puts sold on January 4, 2022.

The 90-Day Average Price used in this loss chart is the average closing price between August 25, 2023 and November 10, 2023.