# EXHIBIT A

**DigitalOcean Holdings, Inc. (DOCN)**
**Class Period: February 16, 2023 to August 25, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 78-Days* Mean Price $24.0605 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| John Salinger | 7/12/2023 | 25 | $47.1300 | ($1,178) | | | | | 25 | $602 | ($577) |

*Avg Closing Prices from August 25, 2023 to November 10, 2023