# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, _____John Salinger_____, make this declaration

pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section

21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private

Securities Litigation Reform Act of 1995.

2.     I have reviewed a Complaint against DigitalOcean Holdings, Inc. ("DigitalOcean")

and authorize the filing of a comparable complaint on my behalf.

3.     I did not purchase or acquire DigitalOcean securities at the direction of plaintiffs'

counsel or in order to participate in any private action arising under the Securities Act or Exchange

Act.

4.     I am willing to serve as a representative party on behalf of a Class of investors who

purchased or otherwise acquired DigitalOcean securities during the Class Period as specified in

the Complaint, including providing testimony at deposition and trial, if necessary.  I understand

that the Court has the authority to select the most adequate lead plaintiff in this action.

5.     The attached sheet lists all of my transactions in DigitalOcean securities during the

Class Period as specified in the Complaint.

6.     During the three-year period preceding the date on which this Certification is

signed, I have not served or sought to serve as a representative party on behalf of a class under the

federal securities laws.

7.     I agree not to accept any payment for serving as a representative party on behalf of

the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such

reasonable costs and expenses directly relating to the representation of the class as ordered or

approved by the Court.

8.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Executed** _November 13, 2023_____

**(Date)**

_____

**(Signature)**

John Salinger

_____

**(Type or Print Name)**

**DigitalOcean Holdings, Inc. (DOCN)**                                                 **John Salinger**

### List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 7/12/2023 | 25 | $47.1300 |