# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHISH AGARWAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITALOCEAN HOLDINGS, INC., YANCEY SPRUILL, and W. MATTHEW STEINFORT,<br><br>Defendants. | Case No. 1:23-cv-08060<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)** |

Plaintiff Ashish Agarwal ("Plaintiff") hereby dismisses this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice.

January 4, 2024

Respectfully submitted,

/s/ Jeffrey C. Block
Jeffrey C. Block
**Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com

*Counsel to Plaintiff*